794 A.2d 155

IN THE MATTER OF MARTIN C. LATINSKY, AN ATTORNEY AT LAW.

April 5, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–277 and DRB 01–278, concluding that **MARTIN C. LATINSKY** of **HAWORTH,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain a matter to the extent reasonably necessary to permit the client to make informed decisions), *RPC* 1.5(a)(4) (excessive fee), *RPC* 1.5(b) (failure to provide in writing the basis for his fee), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MARTIN C. LATINSKY** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 1, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.